IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA BLANTON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:08cv195-MHT |
| ) | (WO) |
| HYUNDAI MOTOR MFG. OF ALA., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 27, 2008, the magistrate judge filed a recommendation to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 5) is adopted and that this case is dismissed without prejudice for the plaintiff's abandonment of his claims; his failure to properly prosecute this action; and his failure to comply with the orders of this court.

DONE, this the 22nd day of September 2008.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE